**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

   **v.**                **Crim. Action No.: 1:20CR38-1
                                (Judge Kleeh)**

**TYREESE MARSH,**

        **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 132],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On June 16, 2021, the Defendant, Tyreese Marsh ("Marsh"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter a plea of **GUILTY** to Count Two of the Indictment, charging him with Possession with Intent to Distribute 50 Grams or More of Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). Marsh stated that he understood that the magistrate judge is not a United States District Judge, and Marsh consented to pleading before the magistrate judge. This Court referred Marsh's plea of guilty to the magistrate judge for the purpose of administering the allocution, pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 132],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Based upon Marsh's statements during the plea hearing, and the Government's proffer establishing that an independent factual basis for the plea existed, the magistrate judge found that Marsh was competent to enter a plea, that the plea was freely and voluntarily given, that Marsh was aware of the nature of the charges against him and the consequences of his plea, and that a factual basis existed for the tendered plea. The magistrate judge issued a *Report and Recommendation Concerning Plea of Guilty in Felony Case* ("R&R") [Dkt. No. 132] finding a factual basis for the plea and recommending that this Court accept Marsh's plea of guilty to Count Two of the Indictment.

Pursuant to Rule 36 of the Federal Rules of Criminal Procedure, the Court hereby corrects a clerical error made in the record. The Report and Recommendation [Dkt. No. 132] mistakenly states that Defendant was remanded to the custody of the United States Marshals Service following his plea hearing. However, on February 18, 2021, Defendant's detention order was revoked and Defendant was released subject to the conditions of release therein. [Dkt. No. 112]. Defendant's conditions of release were modified by *Order Granting Defendant's Motion to Relocate to Michigan Pending Sentencing* [Dkt. No. 135] on June 25, 2021. The

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 132],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Order [Dkt. No. 135] remains in effect until further order of this Court.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Neither Marsh nor the Government filed objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R [Dkt. No. 132], provisionally **ACCEPTS** Marsh's guilty plea, and **ADJUDGES** him **GUILTY** of the crime charged in Count Two of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence investigation report prepared in this matter.

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** the following:

1. The Probation Officer shall undertake a presentence investigation of Marsh, and prepare a presentence investigation report for the Court;

3

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 132],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

2.    The Government and Marsh shall each provide their narrative descriptions of the offense to the Probation Officer by **July 26, 2021;**

3.    The presentence investigation report shall be disclosed to Marsh, his counsel, and the Government on or before **September 24, 2021;** however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4.    Counsel may file written objections to the presentence investigation report on or before **October 8, 2021;**

5.    The Office of Probation shall submit the presentence investigation report with addendum to the Court on or before **October 22, 2021;** and

6.    Counsel may file any written sentencing memorandum or statements and motions for departure from the Sentencing Guidelines, including the factual basis for the same, on or before **November 8, 2021.**

The Court further **ORDERS** that prior to sentencing, counsel for Defendant review with him the revised Standard Probation and Supervised Release Conditions adopted by this Court on November 29, 2016, pursuant to the standing order entered by Chief Judge

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE [DKT. NO. 132],
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Groh, In Re: Revised Standard Probation and Supervised Release
Conditions, 3:16-MC-56.

The Court will conduct the **Sentencing Hearing** for Marsh on
**November 29, 2021**, at **12:30 p.m.**, at the **Clarksburg, West Virginia**
point of holding court. If counsel anticipates having multiple
witnesses or an otherwise lengthy sentencing hearing, please
notify the Judge's chamber staff so that an adequate amount of
time can be scheduled.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to
counsel of record and all appropriate agencies.

**DATED:** July 15, 2021

/s/ Thomas S. Kleeh
THOMAS S. KLEEH
UNITED STATES DISTRICT JUDGE